UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
AIRBNB.HELPCENTER@GMAIL.COM;
ANDREASTEINBECKHEIN@GMAIL.COM;
ANGELCARRASCO3221@GMAIL.COM;
BALDWIN462@GMAIL.COM;
BENEDETTAFRZ34@GMAIL.COM;
BOUIE20081@GMAIL.COM;
CELINACELUND@GMAIL.COM;
CN5395139@GMAIL.COM;
CUCUBAU39@GMAIL.COM;
DEAN.WALLACE1970@GMAIL.COM;
DUVAKGB@GMAIL.COM;
FERNANDO666CASTRO@GMAIL.COM;
HOMEAWAYXRENTALS@GMAIL.COM;
INGENIERO054@GMAIL.COM;
INGRIDGRUNDY2998@GMAIL.COM;
JACK.BATERIE@GMAIL.COM;
JAMES.HARVEY378@GMAIL.COM;
KAUFERSHIPLY@GMAIL.COM;
LOUISEDENVERF@GMAIL.COM;
M.CANTINBOLEA@GMAIL.COM;
MAILDEMOBILE@GMAIL.COM;
MARIAAVALUATARE@GMAIL.COM;
MATEOIUY34@GMAIL.COM;
MATZINGERMAN@GMAIL.COM;
METZLER.KARSTEN.LUDWIG@GMAIL.COM;
PANDAPANDAA883@GMAIL.COM;
PAULDELPH222@GMAIL.COM;
RAULHMARTIN92@GMAIL.COM;
RONNIEFOIX@GMAIL.COM;
ROVVVER000@GMAIL.COM;
SIRBLACKMAN007@GMAIL.COM;
SMNGRUNDY@GMAIL.COM;
STELLACHESNOKOVA34@GMAIL.COM;
STOREOLLIE@GMAIL.COM;
WELLA2FLEX@GMAIL.COM;
XYZ99XX99@GMAIL.COM; AND
Y.RUIZANDUJAR1972@GMAIL.COM;
THAT ARE STORED AT PREMISES
CONTROLLED BY GOOGLE LLC

22-mj-5053; 22-mj-5054;
22-mj-5055; 22-mj-5056;
22-mj-5057; 22-mj-5058;
22-mj-5059; 22-mj-5060;
22-mj-5061; 22-mj-5061;
22-mj-5063; 22-mj-5064;
22-mj-5065; 22-mj-5066;
22-mj-5067; 22-mj-5068;
22-mj-5069; 22-mj-5070;
22-mj-5071; 22-mj-5072;
22-mj-5073; 22-mj-5074;
22-mj-5075; 22-mj-5076;
22-mj-5077; 22-mj-5078;
22-mj-5079; 22-mj-5080;
22-mj-5081; 22-mj-5082;
22-mj-5083; 22-mj-5084;
22-mj-5085; 22-mj-5086;
22-mj-5087; 22-mj-5088;
Case Nos. 22-mj-5089 _____

**Filed Under Seal**

**AFFIDAVIT IN SUPPORT OF**
**APPLICATIONS FOR SEARCH WARRANTS**

I, Nathan T. Moore, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with multiple accounts stored at the premises controlled by Google LLC ("Google" or "the Provider"), headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Specifically, the government seeks a warrant to review and seize information associated with Google's e-mail and other service platforms.  The requested warrant would require the Provider to disclose to the government copies of information associated with the following accounts (the "Target Accounts"), more particularly described in Attachment A:

a.   Google Account number 924156850864 associated with email address: airbnb.helpcenter@gmail.com, and registered to the name "Victoria Smalls".

b.   Google Account number 101426120279 associated with email address: andreasteinbeckhein@gmail.com, and registered to the name "Andrea Steinbeck-Hein".

c.   Google Account number 173621078180 associated with email address: angelcarrasco3221@gmail.com, and registered to the name "angel carrasco".

d.   Google Account number 672320270833 associated with email address: baldwinn462@gmail.com, and registered to the name "Olivia Baldwin".

e.   Google Account number 899094570410 associated with email address: benedettafrz34@gmail.com, and registered to the name "Benedetta FRANZESE".

2

f.   Google   Account   number   617001224012   associated   with   email   address: bouie20081@gmail.com, and registered to the name "BOUIE BOUIE".

g.   Google   Account   number   1003715003944   associated   with   email   address: celinacelund@gmail.com, and registered to the name "celina celund".

h.   Google   Account   number   828489545118   associated   with   email   address: cn5395139@gmail.com, and registered to the name "chris tomas".

i.   Google   Account   number   1031534808242   associated   with   email   address: cucubau39@gmail.com, and registered to the name "Sarah Franke".

j.   Google   Account   number   450667518566   associated   with   email   address: dean.wallace1970@gmail.com, and registered to the name "Dean Wallace".

k.   Google   Account   number   934724850406   associated   with   email   address: duvakgb@gmail.com, and registered to the name "Gabriel Duvak".

l.   Google   Account   number   664913617099   associated   with   email   address: fernando666castro@gmail.com, and registered to the name "castro fernando".

m.  Google   Account   number   305865062464   associated   with   email   address: homeawayxrentals@gmail.com, and registered to the name "Homeaway Rentals".

n.   Google   Account   number   538511780295   associated   with   email   address: ingeniero054@gmail.com, and registered to the name "Ing. Internacional".

o.   Google   Account   number   737331095650   associated   with   email   address: ingridgrundy2998@gmail.com, and registered to the name "Ingrid Grundy".

p.   Google   Account   number   285194048392   associated   with   email   address: jack.baterie@gmail.com, and registered to the name "Jack R".

3

q.  Google Account number 459709648839 associated with email address: james.harvey378@gmail.com, and registered to the name "James Harvey".

r.  Google Account number 748976505480 associated with email address: kaufershiply@gmail.com, and registered to the name "shiply gmbh".

s.  Google Account number 29037813032 associated with email address: louisedenverf@gmail.com, and registered to the name "Louise Denver".

t.  Google Account number 598028118122 associated with email address: m.cantinbolea@gmail.com, and registered to the name "Monica Cantin Bolea".

u.  Google Account number 79502701200 associated with email address: maildemobile@gmail.com, and registered to the name "Mr. A".

v.  Google Account number 98721862373 associated with email address: mariaavaluatare@gmail.com, and registered to the name "maria avaluatare".

w.  Google Account number 341508431498 associated with email address: mateoiuy34@gmail.com, and registered to the name "Ana Vinuela".

x.  Google Account number 137750211077 associated with email address: matzingerman@gmail.com, and registered to the name "Matzinger Manfred".

y.  Google Account number 61180594537 associated with email address: metzler.karsten.ludwig@gmail.com, and registered to the name "Metzler Karsten Ludwig".

z.  Google Account number 158394709700 associated with email address: pandapandaa883@gmail.com, and registered to the name "panda pandaa".

aa. Google Account number 466939829145 associated with email address: pauldelph222@gmail.com, and registered to the name "Paul Delph".

4

bb. Google Account number 639342637798 associated with email address: raulhmartin92@gmail.com, and registered to the name "Raul Hernandez Martin".

cc. Google Account number 655712063489 associated with email address: ronniefoix@gmail.com, and registered to the name "AGRICULTURAL MECHANICAL SERVICES LTD".

dd. Google Account number 708779248531 associated with email address: rovvver000@gmail.com, and registered to the name "rover range".

ee. Google Account number 204634140275 associated with email address: sirblackman007@gmail.com, and registered to the name "Sir Balckman".

ff. Google Account number 323789782644 associated with email address: smngrundy@gmail.com, and registered to the name "Simon Grundy".

gg. Google Account number 804290151587 associated with email address: stellachesnokova34@gmail.com, and registered to the name "Farzana Islam".

hh. Google Account number 947104400615 associated with email address: storeollie@gmail.com, and registered to the name "Ollie Store".

ii. Google Account number 537415226613 associated with email address: wella2flex@gmail.com, and registered to the name "Wella Flex".

jj. Google Account number 442875105195 associated with email address: xyz99xx99@gmail.com, and registered to the name "Fyfe Arron William".

kk. Google Account number 483525729835 associated with email address: ruizandujar1972@gmail.com, and registered to the name "Yolanda Ruiz Andujar".

2.    This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), to require the Provider to disclose to the

government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3.      I am a Task Force Officer with the United States Secret Service ("USSS"), and have been since March of 2019.  Prior to that, I was a Task Force Officer with the Food and Drug Administration – Office of Criminal Investigations from July of 2012 to March of 2019.  I have also been a law enforcement officer with the Kentucky State Police since I graduated from the Academy in Frankfort, Kentucky in 2005.  Throughout my career, I have received extensive law enforcement training regarding proper investigative techniques, particularly in working with computers.  In February 2011, I completed the Internet Crimes Against Children Investigative Techniques Course, which discussed the technology behind computers, cellular telephones, and remote computer servers, the evidence commonly stored on these devices, and the methods used to retrieve such evidence.  I have engaged in numerous state and federal investigations that relied heavily on evidence retrieved from electronic devices and servers.  I have a Bachelor's Degree in Psychology and a Master's Degree in Correctional Justice.  I am a law enforcement officer as that term is used in Federal Rule of Criminal Procedure 41 and am currently assigned to the Eastern Branch of Drug Enforcement/Special Investigations unit with the Kentucky State Police.  My duties include investigating violations of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud).

4.      I obtained the information set forth below from my own investigation, consultation with other credible law enforcement personnel and witness statements. This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of wire fraud and conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1343, 1349, conspiracy to commit a RICO violation in violation of 18 U.S.C. § 1962(d), and money laundering and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956, have been committed by unknown individuals.  There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, and contraband and fruits of these crimes, as further described in Attachment B.

## JURISDICTION

6.      The United States is investigating an online auction and vacation rental fraud scam concerning possible violation of, inter alia, 18 U.S.C. §§ 1343 (Wire Fraud), 1349 (Mail and Wire Fraud Conspiracy), 1956 (Money Laundering and Money Laundering Conspiracy), and 1962(d) (RICO Conspiracy) (the "Specified Federal Offenses").  The conduct involved money transfers through the Eastern District of Kentucky as well as intended victims located in the Eastern District of Kentucky.

7.      Google provides customers an "electronic communication service" as that term is defined by 18 U.S.C. § 2510(12), and/or a "remote computing service" as that term is defined by 18 U.S.C. § 2711(2).  Thus, this Court has jurisdiction to issue the requested warrant, because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  *See* 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that . . . . has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).  As described in

the paragraphs below, my investigation indicates that several suspected illegal transactions described herein occurred in the Eastern District of Kentucky.

## GOOGLE SERVICES

8.     ***The Google Account.*** Google offers a variety of online services, including email (called "Gmail"), to the public.  Subscribers may obtain a Google account by registering with Google.  Subscribers register a username, to the end of which Google assigns the domain name "gmail.com", like the accounts listed in Attachment A.  Thus, Google will assign a user registering as "user1" the account name "user1@gmail.com".  Subscribers to Google's services may access their accounts on servers maintained and/or owned by Google from any computer connected to the internet located anywhere in the world.

9.     A Google representative explained to me that Google stores electronic records pertaining to the individuals and companies for which it maintains subscriber accounts.  These records include account application information.  In my training and experience, providers of internet-based services like Google generally ask their subscribers to provide certain personal identifying information when registering for an account, such as the user's name, birth date, gender, phone number, a secondary email address, country location, and, for paying subscribers, a means and source of payment (including any credit or bank account number).  Such information can be used to identify the account's true user or users.  Even if subscribers insert false information to conceal their identity, I know that this information often provides clues to their identity, location, or illicit activities.

10.     In my training and experience, providers of internet-based services also typically retain certain types of transactional information about the creation and use of each account on their systems.  This information can include the date on which the account was created, the length of

8

service, records of log-in (i.e., session) times and durations, the types of services utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, providers of internet-based services often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help locate computers or other devices used to access the email account.

11. ***Gmail.*** Gmail is the email service Google provides to account holders. In general, an email that is sent to a Google subscriber is stored in the subscriber's "mail box" on the Gmail servers until the subscriber deletes the email. If the subscriber does not delete the message, the message can remain on the Provider's servers indefinitely. Even if the subscriber deletes the email, the email may continue to be available on the Provider's servers for a certain period of time.

12. As such, the Provider's servers are likely to contain stored electronic communications, including read and unread emails for the targeted subscribers. In my training and experience, such information may constitute evidence of the crimes under investigation, because the information can be used to aid in the identification of the account's users and those with whom they communicate and to provide additional insight into their criminal activities. Furthermore, the emails and documents attached to those emails themselves may be evidence of the crimes under investigation, because the information can also be used to facilitate the fraud alleged below, document or log the amount of fraud committed, and connect the account user or users to other individuals involved in the scheme.

13.     A Google representative advised me that a Gmail subscriber can store files in addition to emails, including address books, contact lists, pictures, and other forms of data on servers maintained and/or owned by the Provider.  In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, emails in the account, and attachments to emails, including pictures and files.  Evidence of where the user is using the Google account–i.e., location information—may also be found in these documents.

14.     ***Other Google Services***.  I am familiar with a Google service known as Google Drive from my personal use of the service, communications with a representative of Google, and my review of the company's website.[1]  In general, Google Drive is a free service offered to the public that allows for data storage, document generation, and electronic file synchronization. Google Drive provides services for word processing (Google Docs, formerly Google Notebook), spreadsheet generation (Google Sheets), and slide presentation creation (Google Slides), among other services.  This suite of programs enables any Google subscriber to create, edit, and share documents and presentations.  Google Photos is photo storage and editing service.[2]  Evidence concerning the conduct of the criminal activity and identification information can be found on both the Google Drive and Google Photos.

15.     Google account holders can also elect to connect their Google account with their mobile devices.  For example, a user may link their Google account to their Android cellular phone, a cellular phone using the basic operating system developed by Google for use in mobile devices, through the Android service.  Information concerning cell phone usage can lead to valuable

---

[1] *See* "Google Drive", *available at* https://www.google.com/drive/.
[2] *See* "Google Photos", *available at https://photos.google.com.*

information tending to identify the user(s).  These services may also be used to facilitate the criminal activity described below.

16.     Users may elect to have their Google account track their web history and location history, so that Google can incorporate that data in future suggestions and services when logged into their Google account. Information relating to web and location history can provide important insight into the Google account users and may evidence the criminal activity outlined below.    In previous investigations also centering on online fraud-based activities, I have executed warrants on Google seeking both the location and web histories of multiple Google accounts.  Such information ultimately proved extremely valuable in evidencing both attribution as well as the suspect mindset around the time criminal activity occurred.

17.     Based on this experience as well as my training, I know the sought information stored in connection with the Target Account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element of a crime or, alternatively, to exclude the innocent from further suspicion.  As such, the information stored in connection with a Google account can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, web histories, email communications, contact lists, and images sent (and the data associated with the foregoing, such as date and time accessed or created) may indicate who used or controlled the account at a relevant time.

18.     Further, information maintained by the Provider can show how and when the account was accessed or used.  For example, as described above, email providers typically log the IP addresses from which users access the email account along with the time and date.  Google may

log the IP addresses associated with the use of other services.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  This geographic and timeline information may tend to either inculpate or exculpate the account owner.  Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., use of Google Maps services or location information integrated into an image or video sent via email).  This is particularly important in cases involving foreign-located cybercriminals whose personal identification and location information is more difficult to obtain.

19.     In my training and experience, I am further aware that in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.  Because Google offers support services for its other applications, the same can be said for Google account users communicating with support representatives for other applications.  Particularly, the account holder's use of Google Help may demonstrate the user's interaction with various Google services. Providers of internet-based services typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of those communications. In my training and experience, such information may constitute evidence of the crimes under investigation, because the information can be used to identify the account's user or users.

20.     Last, stored electronic data may provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information in the Google account may indicate the owner's motive and intent to commit a crime (e.g.,

communications relating to the crime) or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

## PROBABLE CAUSE

21.     The investigation in this case has identified a criminal enterprise primarily located in Alexandria, Romania, that engages in a large-scale scheme of online auction fraud. The enterprise, referred to by law enforcement as the "Alexandria Online Auction Fraud Network" (hereinafter, the "AOAF Network"), is a wide-ranging online auction fraud and money laundering organization whose members post fake advertisements for vehicles and other items on legitimate online auction websites, lure victims into sending money for those goods, and launder the proceeds through several layers of transactions in order to profit off of victims in the United States.

22.     The multi-year investigation has revealed a complicated scheme calculated to maximize profits for the AOAF Network, launder the proceeds of fraudulent conduct, and avoid detection from law enforcement. The fraud begins when foreign Fraudsters and their associates post advertisements on legitimate auction websites such as eBay for a variety of high-cost goods (typically vehicles) that do not actually exist. These Fraudsters and their associates would convince American victims to send money for the advertised goods by sending persuasive communications, for example, by impersonating a military member who needed to sell the advertised item before deployment or a person selling a vehicle on behalf of a deceased relative. The Fraudsters and their associates also used invoices that contained counterfeit trademarks of the online auction or sales websites to make the transactions appear legitimate. These invoices would instruct the victim on how to pay for the item and provide a false sense of security by explaining the safety measures in place to protect the buyer.

13

23.     Once the victim agreed to the transaction, the AOAF Network engaged in a complex money laundering operation. Specifically, the Fraudsters and their associates would convince the victims to send money in various forms, including prepaid debit cards and bank wires. This money would be directed towards co-conspirators in the United States who had been tasked with laundering the payments. These domestic money launderers (hereinafter "American Processors"), like the Confidential Source (the "CS") located in the Eastern District of Kentucky, and their associates subsequently exchanged the victim funds into bitcoin and sent the bitcoin abroad, keeping an agreed-upon percentage for themselves. The bitcoin would be received abroad by Fraudsters, who exchanged the bitcoin into fiat currency through foreign money launderers (hereinafter, "Foreign Processors"). Specifically, Foreign Processors sent the converted proceeds to the Fraudsters and their associates, who originally deceived the American victim.

24.     The targets of this investigation send and receive multiple, interstate and international wires in furtherance of the scheme, including e-mail, telephonic (including text), and other chat communications about the scheme with co-conspirators; e-mail and telephonic (including text) communications with the victims enticing them to send money; communications to American-based websites to post advertisements online; and transfers of bitcoin online. This scheme also involves numerous mailings, most notably in victims sending payment for the items advertised online through the mail and American processors sending payment amongst each other through the mail. The investigative team has personally observed the distribution and receipt of these communications.

25.     This scheme also involves extensive money laundering operations, where American processors receive victim payments in various forms, such as gift card, money order, and bank deposit, convert those methods of payment into other payment types—notably bitcoin,

14

and transfer that money to members of the scheme outside the country that could not have redeemed the proceeds as easily and efficiently if they had received the victim method of payment directly. The investigative team has personally observed the CS communicating about or actually converting victim money to send to the foreign-based cybercriminals or foreign-based launderers.

26.     In September 2015, the CS began working and communicating with an individual using the Jabber handle, AMERICANMASSIVE.   In conversations with the CS, AMERICANMASSIVE claimed to reside in Eastern Europe and described his criminal activities at length.   In summary, AMERICANMASSIVE claimed he hired an independent group of individuals to post false advertisements for vehicles, recreational machinery (ATVs), and heavy equipment, at a rate of 10% of the stolen proceeds.   AMERICANMASSIVE told the CS he was proficient in American-English and admitted that, at times, he personally handled the communications with the potential victims responding to the advertisements.   These communications can include texts, e-mail, and, when the victim finally attempts to purchase the fraudulent item, a telephonic conversation, in which AMERICANMASSIVE pretends to be an eBay representative assisting in the sale.   Investigators learned that AMERICANMASSIVE is associated with IONUT RAZVAN SANDU aka "RAZVAN INTIM".

27.     Further,   the   investigative   team   determined   the   email   address ekathy2033@gmail.com communicated with Rossen IOSSIFOV, a Bulgarian cryptocurrency exchanger also convicted for his role as a member of the AOAF Network, over email about bitcoin the CS sent to AMERICANMASSIVE as part of the money laundering operation of the AOAF Network.   Thus, ekathy2033@gmail.com is also associated to SANDU.

28.     Under lawful process, the United States obtained the email contents of the ekathy2033@gmail.com account. Of particular interest were multiple communications between

15

ekathy2033@gmail.com and an individual known as "Crazy Sales" utilizing the email address cs@cleanskin.us. Translations of these emails revealed that ekathy2033 worked with Crazy Sales to create and develop a software that would allow ekathy2033 to track and process funds from his fraudulent scheme and distribute specific percentages of this money to the multiple teams working beneath him. The communications further showed that Crazy Sales successfully created the software for ekathy2033. Crazy Sales then provided the access point for this software at https://sales-tool.online/admin-login and also provided ekathy2033 with multiple usernames and passwords to utilize within the platform.

29.     In 2020, the investigative team received information from a foreign governmental entity investigating a computer program hosted on German servers that operated in a similar manner as described above. Notably, these servers were being housed in an underground war bunker near the German town of Traben-Trarbach and were raided by German law enforcement in September 2019. The investigative team received a copy of the server data, which was generally compiled in the form of electronic spreadsheets and broken down into four separate datasets. Review of some of the datasets revealed that the platform was used to distribute payouts via bitcoin and to assist users by creating and sending fictitious invoices for the sale of vehicles or other specific items directly to victims requesting payment for non-existent items (this information was specifically located within the dataset entitled "cs2.xls" and is referred to herein as the "Crazy Sales" dataset). Other datasets located within the servers indicated a similar invoice distribution program for fake vacation rentals, which were purported to be located in various locations throughout the world (this information was specifically located within the dataset entitled "landlords_db.xls" and will be referred to herein as the "Landlords" dataset).

16

30.     Four of the datasets had tabs labeled "users". Within the "users" tabs were entries identifying the individuals granted access to the fraud-facilitating platforms.  Specifically, each entry contained a user email, password, username, as well as other details surrounding individual payment transactions and the creation dates of the user accounts.  In review of the Crazy Sales dataset, the investigative team identified an entry for a user associated with the ekathy2033@gmail.com email address, who was granted access to the software.

31.     A review of the user accounts across the four datasets revealed the accounts were first created in January 2016, and continued steadily to use the software until at least September 22, 2019, shortly before the servers were seized.

32.     Through valid legal process, the investigative team further obtained header information for all of the Google email accounts (to include all of the Target Accounts) associated with the registered users of the aforementioned datasets.  These records specifically detailed the dates, times, and email addresses communicating with the registered users.  After reviewing this information, the investigative team further sought the contents of these communications for a number of these same email accounts.  To date, Google has provided email contents and related user account information for users associated with the following email addresses: pottsm72@gmail.com, sirjuve88@gmail.com, bnbdeluxe@gmail.com, rdeniro321@gmail.com, and lnnacien@gmail.com (the "Customer Accounts").

33.     ***L.placa62@gmail.com***.   In reviewing the email communications sent to and received by the Customer Accounts, all of which were users on the Landlords dataset, the investigative team identified the email account, l.placa62@gmail.com, as repeatedly sending what appeared to be automatic updates to the respective users, notifying them of activities associated with their advertisements for fictitious vacation rentals.

17

34.     As an example, on June 28, 2019, l.placa62@gmail.com sent an email to bnbdeluxe@gmail.com with the subject title "New invoiced guest – Yonos".  The email contained the following message[3]:

**Yonos**

Guest n****1@gmail.com is invoiced!

**Property**

**Title:** Spacious Luxury 4 Bedrooms Apartment 2

**Address:** 157 W 47th Street, New York, NY, United States

**Host:** Susanne Harvey

**Guest**

**Email:** n****1@gmail.com

**Phone:** 859****

**Name:** N**** N****

**Address:** **** Dr<br>Nicholasville, KY, 40356<br> United States

**Period:** 2019.08.29 - 2019.09.03

**Total to pay:** $2,193

---

Visit guest page to take an action.

---

[3] The original email sent from the l.placa62@gmail.com included complete email address, phone number, name, and physical address for the victim. This information has been redacted to protect victim identity for purposes of this Affidavit.

18

35.     On December 15, 2021, I contacted "NN" who confirmed being the victim of an attempted scam involving a fake rental advertisement.  NN, a Nicholasville, Kentucky resident, specifically recalled locating what appeared to be a legitimate rental advertisement on a popular website she had repeatedly utilized to locate and reserve rental locations.  After attempting to reserve the desired residence in New York, NN claimed she received multiple emails requesting she complete the booking process outside of the website platform.  Being familiar with the general reservation process, which takes place on and through the popular website described above, NN stated she was immediately skeptical and refused to provide any form of payment to "reserve" her intended stay.

36.     Similar communications from l.placa62@gmail.com notifying the users of a new invoice were located in the communications sent to other Landlords users including pottsm72@gmail.com,  rdeniro321@gmail.com,  and  sirjuve88@gmail.com,  three  of  the  other Customer Accounts.

37.     In addition to notifying users of invoiced guests, it appeared l.placa62@gmail.com also provided updates relative to victim payments.  These emails were located in the communications for pottsm72@gmail.com.  The investigative team located an email communication sent from l.placa62@gmail.com to pottsm72@gmail.com on March 14, 2019, with the subject title: "New payment confirmation – Landlords."  The email contained the following text:

**Landlords**

New payment confirmation

19

View details

38.     The "View details" text contained a hyperlink.[4]  When clicked by the email recipient, the link would direct the user to the following website: "http://app.landlordz.site/user/guests/164104".     Similar     communications     from l.placa62@gmail.com notifying the users of a new payment were located in the communications sent to other Customer Accounts.  Specifically, these communications were located in emails sent to bnbdeluxe@gmail.com and rdeniro321@gmail.com, two of the Customer Accounts.

39.     Based on the foregoing, there is probable cause to believe that the l.placa62@gmail.com address is an administrative address that communicates with Landlords users about their fraud and money laundering activities.  Through valid judicial process, the investigative team obtained all available email communications and account data for the l.placa62@gmail.com account, which was registered to the name of "David LaPlaca".  A review of these communications revealed no email messages notifying Landlords users of victim invoices or payments.  Based on my experience and knowledge of Google email and given the presence of these emails in the Customer Accounts, this suggests that the user(s) of the l.placa62 account deleted all such emails.

40.     However, the search and web history of the l.placa62 account included a number of searches incorporating the word "landlords" including: "yonos landlords" and "users.landlords.test".   As previously mentioned, communications between the platform administrator and RAVAN SANDU aka RAZVAN INTIM (utilizing the ekathy2033@gmail.com

---

[4] A hyperlink is an electronic link providing direct access from one distinctively marked place in a text or hypermedia document to another location.  In this particular instance, when users clicked the link there would be directed to a particular website.

account) were previously obtained by the investigative team.  Records from Google demonstrate l.placa62 searched for "razvan intim" on February 22, 2019.   On October 01, 2019, account records revealed the l.placa62 user account visited the website[5] displaying an article entitled "German Cops Raid "Cyberbunker 2.0," Arrest 7 in Child Porn, Dark Web Market Sting."  As mentioned above, the Crazy Sales/Landlords software platform was housed in a cyberbunker located in Germany, which was searched by authorities in late September 2019.

41.     A review of the images searched by the l.placa62 also demonstrated the account's usage in furtherance of the criminal scheme.  For example, the account searched for images using the phrase "logo" on over 50 separate occasions.  A review of these searches included the phrases "airbnb logo", "tripadvisor logo", "ebay logo" and others.  Based on my experience investigating these types of crimes, I know a key element in successful online fraud is tricking unsuspecting victims into believing they are interacting with legitimate businesses.  Accordingly, the use of these businesses' logos and brand imaging is a popular component of the fraudulent scheme.

42.     Of particular importance was the activity associated with the l.placa62 user's utilization and access of YouTube.  Records demonstrated the l.placa62 user watched a video[6] available on YouTube entitled "PART1".  Though there is no audio, the video portrays a computer screen demonstrating how to register domains.  Particularly, the video shows an individual utilizing Namecheap to purchase the domain names "airbnb-online-bookings.com" and "payments-info.com" by way of bitcoin and then later utilizing those domains to create private

---

[5] The address of the visited website is "https://krebsonsecurity.com/2019/09/german-cops-raid-cyberbunker-2-0-arrest-7-in-child-porn-dark-web-market-sting/" which was still active as of January 26, 2022.

[6] This video is available to be viewed via the following link: https://www.youtube.com/watch?v=TzXpHwrSwXE, and was last accessed on January 26, 2022.

email accounts (i.e. "contact@airbnb-online-bookings.com").  According to public facing aspects of YouTube, the video was uploaded by a user utilizing the name "David LaPlaca" – the same name registered to the l.placa62 Google account.  Furthermore, records from Customer Account sirjuve88@gmail.com also showed the sirjuve88 user watched the same video on YouTube.  As was the case with logos and imagery, I know using email domains that purport to come from legitimate businesses is also a common tactic used to create the appearance of legitimacy.

43.     In sum, there is probable cause to believe that users of the Landlords and Crazy Sales platforms have committed violations of federal law.  There is also probable cause to believe that evidence of these crimes will be located within the Google accounts of those users who registered a Gmail account on the Landlords and Crazy Sales platforms.

### *Target Accounts*

44.     Based upon the presented facts, which do not include all the evidence relating to the l.placa62 account, it is apparent the l.placa62@gmail.com account was utilized to support the Landlords platform and regularly communicated with registered users of the platform, providing them notifications relative to victim actions.  As stated, pursuant to lawful authority, Google disclosed the communication headers from all known users that were identified within the four platform datasets that were also utilizing a Google email address.  A review of these headers demonstrated multiple emails being sent from l.placa62@gmail.com to the respective Target Accounts.  The below chart summarizes these communications.  Except where denoted, there were multiple contacts from l.placa62 to the majority of the accounts and the respective dates in the below chart encompasses the time period where these email communications were sent from l.placa62 to the respective Target Account.  Accordingly, there is probable cause to believe these

communications were utilized to facilitate the criminal activities described herein, and evidence of those crimes and the impacted victims will be found within these messages.

| Target Account | Time Period of Emails Received from l.placa62 |
|---|---|
| airbnb.helpcenter@gmail.com | July 21, 2018  -  August 22, 2019 |
| andreasteinbeckhein@gmail.com | September 10, 2018 - September 15, 2019 |
| angelcarrasco3221@gmail.com | October 26, 2018 - September 21, 2019 |
| baldwinn462@gmail.com | September 23, 2018 - September 26, 2019 |
| benedettafrz34@gmail.com | May 12, 2018 - September 26, 2019 |
| bouie20081@gmail.com | June 04, 2018 - August 13, 2019 |
| celinacelund@gmail.com | May 06, 2019 - August 06, 2019 |
| cn5395139@gmail.com | June 01, 2019 - September 10, 2019 |
| cucubau39@gmail.com | July 07, 2019 -  September 04, 2019 |
| dean.wallace1970@gmail.com | April 27, 2018 - September 25, 2019 |
| duvakgb@gmail.com | May 02, 2018 - September 20, 2019 |
| fernando666castro@gmail.com | May 04, 2019 - September 26, 2019 |
| homeawayxrentals@gmail.com | February 24, 2019 - April 16, 2019 |
| ingeniero054@gmail.com | April 27, 2018 - September 26, 2019 |
| ingridgrundy2998@gmail.com | January 18, 2019 - January 30, 2019 |
| jack.baterie@gmail.com | April 03, 2019 - April 08, 2019 |
| james.harvey378@gmail.com | July 31, 2019 - September 25, 2019 |
| kaufershiply@gmail.com | February 27, 2019 - June 17, 2019 |
| louisedenverf@gmail.com | September 05, 2018 - April 01, 2019 |
| m.cantinbolea@gmail.com | March 10, 2019 - August 13, 2019 |
| maildemobile@gmail.com | May 3, 2019 |
| mariaavaluatare@gmail.com | July 04, 2019 - August 01, 2019 |
| mateoiuy34@gmail.com | February 08, 2019 - April 04, 2019 |
| matzingerman@gmail.com | March 23, 2019 - April 11, 2019 |
| metzler.karsten.ludwig@gmail.com | July 11, 2019 - September 25, 2019 |
| pandapandaa883@gmail.com | February 18, 2019 - September 26, 2019 |
| pauldelph222@gmail.com | February 09, 2019 - August 09, 2019 |
| raulhmartin92@gmail.com | May 01, 2019 - September 26, 2019 |

| | |
|---|---|
| ronniefoix@gmail.com | February 16, 2019 - August 10, 2019 |
| rovvver000@gmail.com | February 04, 2019 - February 15, 2019 |
| sirblackman007@gmail.com | March 20, 2019 |
| smngrundy@gmail.com | March 25, 2019 - September 26, 2019 |
| stellachesnokova34@gmail.com | May 05, 2019 - June 10, 2019 |
| storeollie@gmail.com | April 28, 2018 - September 26, 2019 |
| wella2flex@gmail.com | October 30, 2018 |
| xyz99xx99@gmail.com | April 28, 2018 - September 26, 2019 |
| y.ruizandujar1972@gmail.com | April 29, 2018 - September 24, 2019 |

45.     I received account registration information about airbnb.helpcenter@gmail.com from Google through valid legal process and from a custodian of records to identify the airbnb.helpcenter account as Google Account ID: 924156850864, which is registered to "Victoria Smalls".  The account was created on July 09, 2015, and records indicate that the airbnb.helpcenter account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, YouTube, Google Voice, Google My Maps, Google Play, Android, and Location History.

46.     I received account registration information about andreasteinbeckhein@gmail.com from Google through valid legal process and from a custodian of records to identify the andreasteinbeckhein@gmail.com account as Google Account ID: 101426120279, which is registered to "Andrea Steinbeck-Hein".  The account was created on August 03, 2018, and records indicate that the andreasteinbeckhein account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, Google Calendar, and YouTube.

47.     I received account registration information about angelcarrasco3221@gmail.com from Google through valid legal process and from a custodian of records to identify the angelcarrasco3221@gmail.com account as Google Account ID: 173621078180, which is

registered to "angel carrasco". The account was created on October 15, 2018, and records indicate that the angelcarrasco3221 account uses the following services: Gmail, Web & App Activity, Location History, and Google Hangouts.

48.    I received account registration information about baldwinn462 @gmail.com from Google through valid legal process and from a custodian of records to identify the baldwinn462 @gmail.com account as Google Account ID: 672320270833, which is registered to "Olivia Baldwin". The account was created on September 22, 2018, and records indicate that the baldwinn462 account uses the following services: Gmail, Web & App Activity, Location History, and Google Hangouts.

49.    I received account registration information about benedettafrz34@gmail.com from Google through valid legal process and from a custodian of records to identify the benedettafrz34@gmail.com account as Google Account ID: 899094570410, which is registered to "Benedetta FRANZESE". The account was created on September 23, 2017, and records indicate that the benedettafrz34 account uses the following services: Web & App Activity, Gmail, Google Hangouts, and Google Calendar.

50.    I received account registration information about bouie20081@gmail.com from Google through valid legal process and from a custodian of records to identify the bouie20081@gmail.com account as Google Account ID: 617001224012, which is registered to "BOUIE BOUIE". The account was created on February 06, 2018, and records indicate that the bouie20081 account uses the following services: Web & App Activity, Gmail, Android, Google Hangouts, Google Calendar, Location History, Google Voice, YouTube, Google Payments, Google Ads, and Google Cloud Platform.

51.     I received account registration information about celinacelund@gmail.com from Google through valid legal process and from a custodian of records to identify the celinacelund@gmail.com account as Google Account ID: 1003715003944, which is registered to "celina celund".  The account was created on November 01, 2018, and records indicate that the celinacelund account uses the following services: mail, Web & App Activity, Location History, Google Hangouts, Google Docs, YouTube, Android, Google Calendar, Google Domains, Google Payments, Google Play, Google Search Console, Google Analytics, Google Developers Console, Google My Maps, and Google Play Console.

52.     I received account registration information about cn5395139@gmail.com from Google through valid legal process and from a custodian of records to identify the cn5395139@gmail.com account as Google Account ID: 828489545118, which is registered to "chris tomas".  The account was created on May 31, 2019, and records indicate that the cn5395139 account uses the following services: Gmail, Web & App Activity, Location History, and Google Hangouts.

53.     I received account registration information about cucubau39@gmail.com from Google through valid legal process and from a custodian of records to identify the cucubau39@gmail.com account as Google Account ID: 1031534808242, which is registered to "Sarah Franke".  The account was created on November 28, 2009, and records indicate that the cucubau39 account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Services, Google Drive, Google Ads, YouTube, iGoogle, Google Chrome Sync, Google Docs, Location History, Google Play, Android, Google Calendar, Google My Maps, Dynamite, Google Search Console, Google Keep, and Google Developers Console.

54.     I received account registration information about dean.wallace1970@gmail.com from Google through valid legal process and from a custodian of records to identify the dean.wallace1970@gmail.com account as Google Account ID: 450667518566, which is registered to "Dean Wallace".  The account was created on January 06, 2017, and records indicate that the dean.wallace1970 account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, and YouTube.

55.     I received account registration information about duvakgb@gmail.com from Google through valid legal process and from a custodian of records to identify the duvakgb@gmail.com account as Google Account ID: 934724850406, which is registered to "Gabriel Duvak".  The account was created on August 27, 2015, and records indicate that the duvakgb account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, YouTube, Google Voice, and Google Drive.

56.     I received account registration information about fernando666castro@gmail.com from Google through valid legal process and from a custodian of records to identify the fernando666castro@gmail.com account as Google Account ID: 664913617099, which is registered to "castro fernando".  The account was created on September 27, 2018, and records indicate that the fernando666castro account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, and YouTube.

57.     I received account registration information about homeawayxrentals@gmail.com from Google through valid legal process and from a custodian of records to identify the homeawayxrentals@gmail.com account as Google Account ID: 305865062464, which is registered to "Homeaway Rentals".  The account was created on January 16, 2019, and records

indicate that the homeawayxrentals account uses the following services: Gmail, Location History, Web & App Activity, Google Hangouts, YouTube, Chrome Web Store, and Google Payments.

58.     I received account registration information about ingeniero054@gmail.com from Google through valid legal process and from a custodian of records to identify the ingeniero054@gmail.com account as Google Account ID: 538511780295, which is registered to "Ing. Internacional".  The account was created on July 03, 2013, and records indicate that the ingeniero054 account uses the following services: Web & App Activity, Gmail, Google Hangouts, YouTube, and Google Calendar.

59.     I received account registration information about ingridgrundy2998@gmail.com from Google through valid legal process and from a custodian of records to identify the ingridgrundy2998@gmail.com account as Google Account ID: 737331095650, which is registered to "Ingrid Grundy".  The account was created on January 15, 2019, and records indicate that the ingridgrundy2998 account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, Android, and Google Calendar.

60.     I received account registration information about jack.baterie@gmail.com from Google through valid legal process and from a custodian of records to identify the jack.baterie@gmail.com account as Google Account ID: 285194048392, which is registered to "Jack R".  The account was created on April 29, 2017, and records indicate that the jack.baterie account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, Location History, Android, YouTube, Google Payments, Google Docs, and Google URL Shortener.

61.     I received account registration information about james.harvey378@gmail.com from Google through valid legal process and from a custodian of records to identify the

james.harvey378@gmail.com account as Google Account ID: 459709648839, which is registered to "James Harvey".  The account was created on September 11, 2014, and records indicate that the james.harvey378 account uses the following services: Web & App Activity, Gmail, Google Hangouts, YouTube, Google Voice, Google Maps Engine, Google Play, Google Drive, Google Calendar, Google Photos, Android, Location History, and Google Payments.

62.     I received account registration information about kaufershiply@gmail.com from Google through valid legal process and from a custodian of records to identify the kaufershiply@gmail.com account as Google Account ID: 748976505480, which is registered to "shiply gmbh".  The account was created on September 12, 2018, and records indicate that the kaufershiply account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, Android, Google Docs, Google Calendar, YouTube, and Google Search Console.

63.     I received account registration information about louisedenverf@gmail.com from Google through valid legal process and from a custodian of records to identify the louisedenverf@gmail.com account as Google Account ID: 29037813032, which is registered to "Louise Denver".  The account was created on May 04, 2018, and records indicate that the louisedenverf account uses the following services: Gmail, Web & App Activity, Google Hangouts, Google Payments, and Google Calendar.

64.     I received account registration information about m.cantinbolea@gmail.com from Google through valid legal process and from a custodian of records to identify the m.cantinbolea@gmail.com account as Google Account ID: 598028118122, which is registered to "Monica Cantin Bolea".  The account was created on August 27, 2018, and records indicate that the m.cantinbolea account uses the following services: Gmail, Location History, Google Hangouts,

YouTube, Google Voice, Android, Google Calendar, Google My Maps, Google URL Shortener, Google Docs, Google Cloud Platform, Google Payments, Google Keep, Google Ads, Has Madison Account, Business Profiles, Google Translator Toolkit, and Google Developers Console.

65.    I received account registration information about maildemobile@gmail.com from Google through valid legal process and from a custodian of records to identify the maildemobile@gmail.com account as Google Account ID: 79502701200, which is registered to "Mr. A". The account was created on October 01, 2016, and records indicate that the maildemobile account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Play, Android, Google Calendar, Location History, Google Payments, YouTube, Google URL Shortener, Google Drive, Google Voice, and Google Cloud Platform.

66.    I received account registration information about mariaavaluatare@gmail.com from Google through valid legal process and from a custodian of records to identify the mariaavaluatare@gmail.com account as Google Account ID: 98721862373, which is registered to "maria avaluatare". The account was created on June 26, 2019, and records indicate that the mariaavaluatare account uses the following services: Gmail, Web & App Activity, Location History, and Google Hangouts.

67.    I received account registration information about mateoiuy34@gmail.com from Google through valid legal process and from a custodian of records to identify the mateoiuy34@gmail.com account as Google Account ID: 341508431498, which is registered to "Ana Vinuela". The account was created on June 08, 2017, and records indicate that the mateoiuy34 account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, Android, Location History, Google Docs, YouTube, Google Payments, and Billing.

30

68.     I received account registration information about matzingerman@gmail.com from Google through valid legal process and from a custodian of records to identify the matzingerman@gmail.com account as Google Account ID: 137750211077, which is registered to "Matzinger Manfred". The account was created on September 13, 2016, and records indicate that the matzingerman account uses the following services: Web & App Activity, Gmail, Google Hangouts, YouTube, and Google Calendar.

69.     I received account registration information about metzler.karsten.ludwig@gmail.com from Google through valid legal process and from a custodian of records to identify the metzler.karsten.ludwig@gmail.com account as Google Account ID: 61180594537, which is registered to "Metzler Karsten Ludwig". The account was created on February 19, 2018, and records indicate that the metzler.karsten.ludwig account uses the following services: Web & App Activity, Gmail, Google Hangouts, YouTube, Google Calendar, Google Play, Android, and Location History.

70.     I received account registration information about pandapandaa883@gmail.com from Google through valid legal process and from a custodian of records to identify the pandapandaa883@gmail.com account as Google Account ID: 158394709700, which is registered to "panda pandaa". The account was created on February 06, 2019, and records indicate that the pandapandaa883 account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, and YouTube.

71.     I received account registration information about pauldelph222@gmail.com from Google through valid legal process and from a custodian of records to identify the pauldelph222@gmail.com account as Google Account ID: 466939829145, which is registered to "Paul Delph". The account was created on July 02, 2015, and records indicate that the

31

pauldelph222 account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, Google Voice, Google Drive, YouTube, Android, Location History, and Google Play.

72.     I received account registration information about raulhmartin92@gmail.com from Google through valid legal process and from a custodian of records to identify the raulhmartin92@gmail.com account as Google Account ID: 639342637798, which is registered to "Raul Hernandez Martin".  The account was created on April 18, 2019, and records indicate that the raulhmartin92 account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, Android, and YouTube.

73.     I received account registration information about ronniefoix@gmail.com from Google through valid legal process and from a custodian of records to identify the ronniefoix@gmail.com account as Google Account ID: 655712063489, which is registered to "AGRICULTURAL MECHANICAL SERVICES LTD".  The account was created on November 12, 2016, and records indicate that the ronniefoix account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, YouTube, Google Developers Console, Location History, Google Keep, Android, Google Search Console, Google Domains, Google Payments, Google Docs, Google URL Shortener, Google Ads, Google Play, Madison Account, and Google My Maps.

74.     I received account registration information about rovvver000@gmail.com from Google through valid legal process and from a custodian of records to identify the rovvver000@gmail.com account as Google Account ID: 708779248531, which is registered to "rover range".  The account was created on February 11, 2017, and records indicate that the rovvver000 account uses the following services: Web & App Activity, Gmail, Google Hangouts,

Google Calendar, YouTube, Google Play, Google My Maps, Android, Location History, and Google Payments.

75.     I received account registration information about sirblackman007@gmail.com from Google through valid legal process and from a custodian of records to identify the sirblackman007@gmail.com account as Google Account ID: 204634140275, which is registered to "Sir Balckman".  The account was created on January 14, 2018, and records indicate that the sirblackman007 account uses the following services: Web & App Activity, Gmail, Google Hangouts, YouTube, Google Calendar, Google My Maps, and Google Play.

76.     I received account registration information about smngrundy@gmail.com from Google through valid legal process and from a custodian of records to identify the smngrundy@gmail.com account as Google Account ID: 323789782644, which is registered to "Simon Grundy".  The account was created on November 23, 2018, and records indicate that the smngrundy account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, Android, Google Calendar, and YouTube.

77.     I received account registration information about stellachesnokova34@gmail.com from Google through valid legal process and from a custodian of records to identify the stellachesnokova34@gmail.com account as Google Account ID: 804290151587, which is registered to "Farzana Islam".  The account was created on March 17, 2019, and records indicate that the stellachesnokova34 account uses the following services: Gmail, Web & App Activity, Location History, Google Hangouts, Android, Google Calendar, and YouTube.

78.     I received account registration information about storeollie@gmail.com from Google through valid legal process and from a custodian of records to identify the storeollie@gmail.com account as Google Account ID: 947104400615, which is registered to

"Ollie Store".  The account was created on January 05, 2014, and records indicate that the storeollie account uses the following services: Web & App Activity, Gmail, Google Photos, Google Hangouts, Google Calendar, Google Drive, Google Chrome Sync, YouTube, Google Analytics, and Google Developers Console.

79.     I received account registration information about wella2flex@gmail.com from Google through valid legal process and from a custodian of records to identify the wella2flex@gmail.com account as Google Account ID: 537415226613, which is registered to "Wella Flex".  The account was created on May 17, 2017, and records indicate that the wella2flex account uses the following services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, YouTube, Google Docs, and Google My Maps.

80.     I received account registration information about xyz99xx99@gmail.com from Google through valid legal process and from a custodian of records to identify the xyz99xx99@gmail.com account as Google Account ID: 442875105195, which is registered to "Fyfe Arron William".  The account was created on January 10, 2018, and records indicate that the xyz99xx99 account uses the following services: Web & App Activity, Gmail, Google Hangouts, YouTube, Google Play, Google Calendar, Android, Location History, Google Docs, and Google Payments.

81.     I received account registration information about ruizandujar1972@gmail.com from Google through valid legal process and from a custodian of records to identify the ruizandujar1972@gmail.com account as Google Account ID: 483525729835, which is registered to "Yolanda Ruiz Andujar".  The account was created on January 29, 2018, and records indicate that the ruizandujar1972 account uses the following services: Gmail, Google Hangouts, YouTube,

Google Calendar, Android, Location History, Google Developers Console, Google URL Shortener, Google Ads, and Google My Maps.

82.    On January 27, 2022, I sent a preservation request to Google officially seeking the preservation of the Target Accounts.  Google acknowledged receipt of this request and provided an internal reference number of 11107209.

83.    Based upon the presented facts, probable cause exists to believe that the Target Accounts utilized the fraudulent platforms to facilitate their fraud and money laundering activities, and communicated with an administrator of the platform (l.placa62@gmail.com) through the Target Accounts.  Thus, there is probable cause to believe that the Target Accounts were used to facilitate the criminal activities described herein, and evidence of those crimes will be found within the records stored to these accounts.

84.    Through this application, based on the information above, the United States seeks records related to the emails, Google Drive, Google Photos, Android, and Web History of the Target Accounts.  The value of the Web History data and Google Photos is described in the preceding paragraphs.  In previous records, this case has demonstrated a widespread use of these other Google services by AOAF coconspirators. Specifically, as follows:

       a.    Relating to the Google Drive. All of the codefendants who communicated with the CS used Google Sheets to store an accounting of their fraud. Additionally, evidence found within the Google Drive of an account belonging to Romanian national Vlad Nistor, included multiple files and ledgers indicating cryptocurrency transactions made by Nistor with other AOAF members.  Nistor operated within the AOAF network as a foreign processor and utilized his cryptocurrency exchange business Coinflux as a vehicle to regularly purchase fraudulent bitcoin from other AOAF

members.  In the same manner, records maintained within the Target Accounts' Google Drive folders may indicate additional evidence of his involvement with the fraud described herein or provide currently unknown details about their coconspirators.

b.  Relating to Android.  As discussed, Ravan SANDU has been identified as a user of the ekathy2033@gmail.com email address.  Through valid legal process, Google provided records associated with the account that included records of Android devices previously linked to the ekathy2033 address.  Additionally, Google identified other email addresses also associated with those same Android devices.  These email addresses were utilized by the investigative team to ultimately identify another unindicted coconspirator involved in the AOAF network.  Android records from the Target Accounts may similarly assist the investigative team in both attribution of the users as well as the identification of other coconspirators.

## MANNER OF SEARCH

85.  As a federal task force officer, I am trained and experienced in identifying information relevant to the crimes under investigation.  I also know that the manner in which the data is preserved and analyzed may be critical to the successful prosecution of any case based upon this evidence.  Computer Forensic Examiners are trained to handle digital evidence.  The Provider's employees are not.  However, enabling law enforcement access to the Provider's vast networks for the relevant account would be unduly burdensome and impractical.  In order to accomplish the objective of the search warrants with a minimum of interference with the business activities of the Provider, to protect the rights of the subjects of the investigation, and to effectively pursue this investigation, authority is sought to allow the Provider to make a digital copy of the

36

entire contents of the information subject to seizure specified in the accompanying Attachment A, to be provided to me or another authorized federal agent.  The contents will then be analyzed to identify records and information subject to seizure as set forth in Attachment B.

86.     Searching the Target Accounts for evidence of the Specified Federal Offenses will require that agents cursorily inspect all information produced by the Provider in order to ascertain which contain evidence of those crimes, just as it is necessary for agents executing a warrant to search a filing cabinet to conduct a preliminary inspection of its entire contents in order to determine the documents which fall within the scope of the warrant.  In addition, keyword searches alone are inadequate to ensure that law enforcement can discover all information subject to seizure. Keywords search text, but many common e-mail, database, and spreadsheet application files (which files may have been attached to electronic mail) do not store data as searchable text.

## CONCLUSION

87.     Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Google LLC, which will then compile the requested records at a time convenient to them, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

88.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

/s/ Nathan T. Moore
_____

Nathan T. Moore
Task Force Officer
United States Secret Service

Attested to by applicant per FRCrP 4.1 by reliable electronic means on February 23, 2022.

Honorable Matthew A. Stinnett
UNITED STATES MAGISTRATE JUDGE

38